UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kimberly Y.,

File No. 25-cv-1074 (ECT/SGE)

Plaintiff,

v.

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

Frank Bisignano, *Commissioner of Social Security*,

Defendant.

Magistrate Judge Shannon G. Elkins issued a Report and Recommendation on January 30, 2026. ECF No. 25. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 25] is **ACCEPTED**.

2.    Plaintiff's request for relief [ECF No. 12] is **DENIED**.

3.    The Commissioner's request for relief [ECF No. 21] is **GRANTED**.

4.    The denial of benefits is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 17, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court